UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| WILLIE RODGERS, | Civil Action No. 3:10-cv-12009-KPN |
| Plaintiff, | |
| v. | |
| CALLAWAY GOLF OPERATIONS, INC.; LOCAL 1851, INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO; KENNETH MONGEAU; STEVEN LAPERIERRE (sic); and ROBERT BOURDEAU, | |
| Defendants. | |

_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO ROBERT BOURDEAU'S MOTION TO DISMISS**

Plaintiff Willie Rodgers, by and through counsel, moves this Court for an extension of time until and including December 17, 2010 within which to respond to Robert Bourdeau's Motion to Dismiss.

As grounds therefor, undersigned counsel states that he was out of the country when Defendant Bourdeau's Motion to Dismiss was filed on November 23, 2010. Counsel returned to his office on December 2, 2010. Pursuant to LR 7.1(b)(2), Plaintiff's response to Defendant Bourdeau's Motion is due by December 7, 2010. Plaintiff asks this Court to extend the time within which his response may be filed from December 7 to December 17, 2010. No Defendant objects to this Motion. LR 7.1(a)(2).

                    Respectfully submitted,

                    **WILLIE RODGERS**

                    /s/  Ronald E. Gregson_____
                    By:  Ronald   E. Gregson, BBO# 662958
                    Ronald E. Gregson, P.C.
                    Legacy Bank Building
                    25B Main Street
                    Lenox, MA 01240
                    (413) 637-5675
                    Fax (413) 637-5676
                    gregsonlaw@verizon.net

Dated:   December 6, 2010

## CERTIFICATE OF SERVICE

    I hereby certify that I served this document to counsel of record by electronic filing on December 6, 2010.

                      /s/ Ronald E. Gregson
                        Ronald E. Gregson